*MADE JS-6*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYLE FIELDS, et al.,<br><br>          Plaintiffs,<br><br>  v.<br><br>JP MORGAN CHASE BANK, N.A.,<br><br>          Defendants. | Case No.  CV 12-3088-GW(Ex)<br><br>**ORDER TO DISMISS WITHOUT PREJUDICE** |

Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is hereby dismissed without prejudice in its entirety.  Each side to bear his/her/its own attorney fees and costs.

IT IS SO ORDERED.

Dated: June 26, 2012

BY THE COURT

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT COURT

[PROPOSED] ORDER TO DISMISS WITHOUT PREJUDICE